# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 16, 2007

MEMO TO COUNSEL RE:   James S. Tate, Jr. v. State of Maryland, et al.
Civil No. JFM-07-627

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for enlargement of time.

I agree with defendant that the extension requested by plaintiff's counsel is unreasonably long. However, in light of my own schedule, it does not appear that I will able to turn my attention to defendant's motion to dismiss until late August or early September. In any event, plaintiff's motion is granted and plaintiff is granted an extension until July 31, 2007 to respond to defendants' pending motion to dismiss. Of course, if Mr. Brockman plans to be away in August or he otherwise needs an extension of time to file his reply brief, I will grant any reasonable extension he requests.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge